**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | David<br>First name<br><br>J<br>Middle name<br><br>Smat<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. |  |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-7094 |  |

Debtor 1   David J Smat                                               Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

FDBA  iNetworksServices, LLC
FDBA  iNetworks Group, Inc.
FDBA  Innovative Government Telecom
Solutions,  Inc.

Business name(s)

46-2864492
61-1403061
20-1899710

EINs

*About Debtor 2:*

☐ I have not used any business name or EINs.

Business name(s)

EINs

---

**5.** **Where you live**

2036 W. Barry Ave
Chicago, IL 60618
Number, Street, City, State & ZIP Code

Cook
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

---

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    David J Smat                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    David J Smat                                                     Case number *(if known)*

---

**Part 3:    Report About Any Businesses You Own as a Sole Proprietor**

12. **Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   David J Smat

Case number *(if known)*

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

| Debtor 1 | David J Smat | | Case number *(if known)* |
|---|---|---|---|

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ David J Smat

| David J Smat | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

| Executed on | August 11, 2017 | Executed on | |
|---|---|---|---|
| | MM / DD / YYYY | | MM / DD / YYYY |

---

Debtor 1   David J Smat _____   Case number *(if known)* _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Ira Bodenstein _____   Date   August 11, 2017 _____
Signature of Attorney for Debtor                                    MM / DD / YYYY

Ira Bodenstein _____
Printed name

Shaw Fishman Glantz & Towbin LLC _____
Firm name

321 N. Clark Street
Suite 800
Chicago, IL 60654 _____
Number, Street, City, State & ZIP Code

Contact phone   312-541-0151 _____   Email address _____

3126857 _____
Bar number & State

# United States Bankruptcy Court
## Northern District of Illinois

In re   David J Smat _____   Case No. _____

                                    Debtor(s)   Chapter   7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 353

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   August 11, 2017 _____   /s/ David J Smat _____
                                          David J Smat
                                          Signature of Debtor

111 S WACKER DR GARAGE
111 S. Wacker Drive
Chicago, IL 60606


125 S. Wacker Property Owner LLC
75 Remittance Dr
Dept 3253
Chicago, IL 60675-3253


Adon Valdes
7206 Chadsford Court
Tampa, FL 33615


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Aerohive Networks, Inc.
330 Gibraltar Drive
Sunnyvale, CA 94089


Aflac
1932 Wynnton Road
Columbus, GA 31999


Alabama Department of Revenue
P.O. Box 327320
Montgomery, AL 36132-7320


Alan Jones
5017 Gato Del Sol Cir
Wesley Chapel, FL 33544


Alliant Credit Union
PO Box 66945
11545 W Toughy Ave
Chicago, IL 60666


AMAZON WEB SERVICES
1200 12th Avenue South #1200
Seattle, WA 98144


American Express
PO Box 0001
Los Angeles, CA 90096-0001

American General Life
P.O. Box 0798
Carol Stream, IL 60132-0798

American General Life Insurance
P.O. Box 305293
Nashville, TN 37230-5400

AMEX Merchant
200 Vesey Street
New York, NY 10285-3106

Anixter
P.O. Box 847428
Dallas, TX 75284-7428

APOLLO STAFFING, INC.
1401 N. Central Expressway
Suite 208
Richardson, TX 75080

AppNeta
285 Summer Street 4th Floor
Boston, MA 02210

AppRiver, LLC
1101 Gulf Breeze Parkway #200
Gulf Breeze, FL 32561

Aquachill-Drinking Water Systems
PO Box 1965
Valrico, FL 33595

Ariel Bouskila
Berkovitch & Bouskila, PLLC
40 Exchange Place, Suite 1306
New York, NY 10005

Arkansas Secretary of State
1401 W. Capitol - Ste 250
Little Rock, AR 72201

Arrow
13219 Collections Center Drive
Chicago, IL 60693

Arrow Systems Integration, Inc.
PO Box 4869
Department #145
Houston, TX 77210


AT&T
PO Box 6463
Carol Stream, IL 60197-6463


AT&T
PO Box 5025
Carol Stream, IL 60197-5025


AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019


AT&T
PO Box 5011
Carol Stream, IL 60197-5011


Auctus Capital Partners, Inc.
125 S. Wacker Drive - Suite 2125
Chicago, IL 60606


AVG Technologies
1125 Innovation Drive
Ottawa, ON K2K 3G6
Canada


AWARENESS TECHNOLOGIES
88 Post Rd. West, 1st Floor
Westport, CT 06880


Barracuda
3175 Winchester Blvd
Campbell, CA 95008


BillStream, L.L.C.
P.O. Box 20492
Oklahoma City, OK 73156-0492


Blue Cross Blue Shield
25550 Network Place
Chicago, IL 60673-1255

Bradley Dale
4610 N Armenia Ave
Tampa, FL 33603


Bright House Networks
PO Box 30574
Tampa, FL 33630-3574


Callahan Management
125 S. Wacker Dr #210
Chicago, IL 60606


Cash Crunch
30 Broad St, 12th FL
New York, NY 10004


CenturyLink
PO BOX 52187
Phoenix, AZ 85072-2187


Cesar Brambila
4924 W Oakdale Ave
Chicago, IL 60641


Chase
PO Box 15123
Wilmington, DE 19850-5123


Chicago Messenger Service
1600 S. Ashland Ave.
Chicago, IL 60608-2013


Citrix
7414 Hollister Ave
Goleta, CA 93117


Citrix Systems, Inc.
851 W. Cypress Creek Rd
Fort Lauderdale, FL 33309


City of Chicago
121 North LaSalle St
Room 800
Chicago, IL 60602

City of Chicago- Dept of Revenue
22149 Network Place
Chicago, IL 60673-1221


City of Tampa
2105 N. Nebraska Ave - PO Box 2
Tampa, FL 33602


City of Tampa Utilities
PO Box 30191
Tampa, FL 33630-3191


CloudJumper
4575 Pecan Dr
3rd Fl.
Paducah, KY 42001


CNA Insurance
PO Box 790094
St. Louis, MO 63179-0094


Colo Solutions, Inc.
100 W. Lucerne Circle - Suite 201
Orlando, FL 32801


Comcast
PO Box 530098
Atlanta, GA 30353-0098


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Comcast Cable
PO Box 3002
Southeastern, PA 19398-3002


ComEd
3 Lincoln Center
Attn: Bankrupcy Group
Oakbrook Terrace, IL 60181


Commonwealth of Pennsylvania
PO Box 61380
Harrisburg, PA 17106-1380

Comptroller of Maryland
110 Carroll Street
Annapolis, MD 21411-0001


Comptroller of Maryland Rev Admin
110 Carroll Street
Annapolis, MD 21411-0001


Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714-9348


Connecticut TRS
PO Box 223035
Pittsburgh, PA 15251-2035


ConnectWise
4110 George Road - Suite 200
Tampa, FL 33634


Continuum
100 Summer Street
Boston, MA 02110


Cook County Treasurer
Law Dep't.
118 North Clark Street
Chicago, IL 60602


Corporation Division Dept of State
107 North Main Street
Concord, NH 03301-4989


Craters and Freighters
14476 Duval Place West - Suite 705
Jacksonville, FL 32218


CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


CTC*CONSTANTCONTACT.COM
1601 Trapelo Road
Waltham, MA 02451

Danny Conner
1002 Brandon Lakes Ave
Valrico, FL 33594


Data Trans
510 W. Belmont #1911
Chicago, IL 60657


DataMotion, Inc.
200 Park Ave - Suite 302
Florham Park, NJ 07932


Datto, Inc.
101 Merritt 7
Norwalk, CT 06851


David M. Lesser & Associates
855 West George St
Ste 200
Chicago, IL 60657


David Smat
2036 W. Barry
Chicago, IL 60618


DC Treasurer Dept of Consumer
PO Box 91360
Washington, DC 20090


Dearborn National Life Insurance
36788 Eagle Way
Chicago, IL 60678-1367


Dell Inc
PO BOX 802816
CHICAGO, IL 60680-2816


Delta Dental of Illinois
PO BOX 804067
CHICAGO, IL 60680-4067


Department of Consumer & Regulatory
PO Box 91360
Washington, DC 20090

Department of Revenue Services
PO Box 2936
Hartford, CT 06104-2936


Dept of State Division of Corp
99 Washington Ave
Albany, NY 12231-0001


Direct Staffing Group LLC
1112 S. Birch Dr.
Mount Prospect, IL 60056


Director of Revenue
State of Missouri
PO Box 360
Jefferson City, MO 65102


Division of Corporations - Reg
PO Box 6327
Tallahassee, FL 32314


DocuSign Inc.
PO Box 123428 - Dept. 3428
Dallas, TX 75312-3428


Double-Take Software, Inc.
Dept CH 10875
Palatine, IL 60055-0875


ePlan Services
4300 Kittredge St. #100
Denver, CO 80239


Expert Messenger
PO Box 1936
Pinellas Park, FL 33780


Federal Communications Commission
P.O. Box 358835
Pittsburgh, PA 15251-5835


FedEx
PO BOX 94515
PALATINE, IL 60094-4515

FedEx-Ck
PO BOX 94515
PALATINE, IL 60094-4515


FL Dept of Revenue
PO Box 6520
Tallahassee, FL 32314-6520


Florida Department of Revenue
5050 W. Tennessee St
Tallahassee, FL 32399-0135


Florida Public Service Commission
2540 Shumard Oak Boulevard
Tallahassee, FL 32399-0850


Florida State Disbursement Unit
PO Box 8500
Tallahassee, FL 32314-8500


Fortinet
899 Kifer Road
Sunnyvale, CA 94086


FP Mailing Solutions
PO Box 157
Bedford Park, IL 60499-0157


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


FreedomVoice
169 Sacony Rd - Suite 212
Encinitas, CA 92024


Frontier
PO Box 740407
Cincinnati, OH 45274-0407


Frontier
PO Box 92713
Rochester, NY 14692

Frontier Comm of Oregon
P.O. Box 92713
Rochester, NY 14692

Georgia Department of Revenue
PO Box 740240
Atlanta, GA 30374-0240

Georgia Public Utility Service Comm
PO Box 934025
Atlanta, GA 31193-4025

GFC LEASING
P.O. BOX 2290
MADISON, WI 53701-2290

Global Capacity
Lockbox 33029
Wholesale P.O. BOX 39000
SAN FRANCISCO, CA 94139

Global Telecom & Technology
8484 Westpark Dr - Ste 720
McLean, VA 22102

GMAC
PO Box 183834
Arlington, TX 76096-3834

GOLDCOASTINTERNET.NET
PO Box 195
Boca Raton, FL 33429

Gordon Flesch Company, Inc
P.O. Box 992
Madison, WI 53701-0992

Grange IndemnityInsurance Co
P.O. Box 88017
Chicago, IL 60680-1017

Granite Telecommunications
PO Box 983119
Boston, MA 02298-3119

GTT
One Place - Suite 1450
McLean, VA 22102


GTT
PO Box 842630
Dallas, TX 75284-2630


GTT - INETWO1-IDC
PO Box 842630
Dallas, TX 75284-2630


HILLSBOROUGH CNTY
601 E. Kennedy Blvd
Tampa, FL 33602


HiTech Compliance
3905 Tampa Road - Suite 213
Oldsmar, FL 34677


Holland & Knight LLP
PO Box 864084
Orlando, FL 32886-4084


Hugh Clarke
8200 Adrina Shore Way
Boynton Beach, FL 00033-3473


Humana
PO Box 557
Carol Stream, IL 61032-0557


Hyde Park Bank
1525 E. 53rd St.
Chicago, IL 60615


IL Dep of Employment Security
33 S. State Street, 10th Fl.
Chicago, IL 60603


Illinois ASBO
108 Carroll Avenue
DeKalb, IL 60115-2829

Illinois Commerce Commission
527 East Capitol Ave.
Springfield, IL 62701


Illinois Dep of Employment Security
Illinois Payment Contol Division
POB 4385
Chicago, IL 60680


Illinois Department of Revenue
Bankruptcy Unit
P.O. Box 19035
Springfield, IL 62794-9035


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L 7-425
Chicago, IL 60602


Illinois Dept of Human Resources
100 South Grand Avenue East
Springfield, IL 62762


Illinois Secretary of State
111 E. Monroe
Springfield, IL 62756


IMG Technologies, Inc.
Dept. 4393
Carol Stream, IL 60122


Indiana Department of Revenue
Bankruptcy Section MS 108
100 N. Senate Ave N240
Indianapolis, IN 46204


iNETWORKS Group Inc.
125 S. Wacker Dr - Ste 2510
Chicago, IL 60606


INETWORKS GROUP, INC.
125 S Wacker Dr #2510
Chicago, IL 60606

INETWORKS SERVICES, LLC
125 S. Wacker Dr. #2510
Chicago, IL 60606


Ingram Cloud, Inc
P. O. Box 90341
Chicago, IL 60696-0341


Ingram Micro, Inc.
1759 Wehrle Drive
Williamsville, NY 14221


Innovative Gov't Telecom Solutions
125 S. Wacker Dr #2510
Chicago, IL 60606


Insight Global, LLC
PO Box 198226
Atlanta, GA 30384-8226


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


InterPark
91144 Collection Center Drive
Chicago, IL 60693


InterstateTRS Fund Administrator
PO Box 62634
Baltimore, MD 21264-2631


J'son Cable
6715 Cambridge Park Drive
Apollo Beach, FL 33572


Jan-Pro of Northern Illinois
136 Shore Drive
Burr Ridge, IL 60527


Janeen Welsh
4812 W Roseland Ave
Peoria, IL 61604

Janice Hamilton
3 Avon Court
Mackinaw, IL 61755


Jeremy Nelson
c/o JNIT Inc.
6203 N. Flora Vista Ave.
Tampa, FL 33604-2770


Jive
CH 19606
Palatine, IL 6055-9606


JNIT Inc.
6203 N Flora Vista Ave
Tampa, FL 33604-2770


John Connors
224 Marlberry Circle
Jupiter, FL 33458


Jones Lang LaSalle
10 Park Avenue
Morristown, NJ 07960


Jori Mitchell
8413 Horizon Court
Tinley Park, IL 60487


Jose Castellon
9004 W 89th Street
Hickory Hills, IL 60457


JP Extreme Hauling
5108 Carrollwood Meadows Dr.
Tampa, FL 33625


Kane Family Limited Partnership
1509 W. Berwyn Avenue - Suite 200
Chicago, IL 60640


Kansas Corporation Commission
1500 SW Arrowhead Rd.
Topeka, KS 66604-4027

Keith White
8434 East Palm Lane
Scottsdale, AZ 85257


Kelly Terpenning
11109 Blue Magnolia Ln
Parrish, FL 34219


Kentucky Department of Revenue
P.O. Box 5222
Frankfort, KY 40620-0021


Kevin Marquardt
851 N Hoyne Ave, Apt 3F
Chicago, IL 60622


KFORCE
1001 East Palm Avenue
Tampa, FL 33605


Khaled Okla
14030 Laramie Avenue, # 1712A
Crestwood, IL 60445


KIA Motors Finance
PO Box 650805
Dallas, TX 75265-0805


Kings Cash Group
30 Broad St., 12th FL
New York, NY 10004


Klarian Capital Group
855 West George St
Suite 200
Chicago, IL 60657-2466


Labtech Software LLC
4110 George Road - Suite 200
Tampa, FL 33634


Level (3)
PO Box 910182
Denver, CO 80291-0182

Life Start Wellness Network
125 S. Wacker Dr.
Suite 200
Chicago, IL 60606


Lifeboat Distribution
PO Box 3826
Carol Stream, IL 60132-3826


LiveWire Electrical Systems Inc.
12900 S. Throop
Calumet Park, IL 60827


LogMeIn
320 Summer Street
Boston, MA 02210-1701


Louisville Metro Revenue Commission
PO Box 35410
Louisville, KY 40232-5410


Manage2Win
7075 Redwood Blvd. - Suite L
Novato, CA 94945


Massachusetts Department of Revenue
P.O. Box 7025
Boston, MA 02204


Matex LLC
6 Graymoor Ln.
Olympia Fields, IL 60461


Matthew Levy
5 Graymoor Ln
Olympia Fields, IL 60461


Matthew Ward
453 Sterlington road
Columbia, SC 29212


MEBCO, Inc.
PO Box 560066
Montverde, FL 34756

MegaPath
PO Box 120324
Dallas, TX 75312-0324


Mercedes Financial
PO Box 685
Roanoke, TX 76262


MetTel
PO Box 9660
Manchester, NH 03108-9660


Michael Coburn
16419 Magnolia Bluff Dr
Montverde, FL 34756


Michael Gardener
6601 NW 20th Street
Margate, FL 33063


Michael O'Neill
510 N Blue Lake Ave
Deland, FL 32724


Michigan Dept. of Licensing & Reg
PO Box 30054
Lansing, MI 48909


Microsoft Corporation
10 Microsoft Way
Redmond, WA 56743


Mimecast
Department CH 10922
PALATINE, IL 60055-0922


Minnesota Department of Revenue
Mail Station 6330
St. Paul, MN 55146-6330


Minnesota Secretary of State
60 Empire Drive - Suite 100
St Paul, MN 55103

Mississipi Secretary of State
PO Box 136
Jackson, MS 39205-0136


Mississippi Department of Revenue
PO Box 23075
Jackson, MS 39225-3075


MOZY
2162 W Grove Pkwy
PLEASANT GROVE, UT 84062


Municipal Assoc. South Carolina
PO Box 60489
Charlotte, NC 28260-0489


MXAlerts
148 W. 37th Street - 6th Floor
New York, NY 10018


My Pro Bookkeepers, Inc.
100 Tower Dr
Suite 224
Burr Ridge, IL 60527


National Funding, Inc.
9820 Towne Center Dr
San Diego, CA 92121


National Funding, Inc.
c/o Neal Salisian
550 S Hope St #750
Los Angeles, CA 90071-2627


NETGEAR
350 E. Plumeria Drive
San Jose, CA 95134


Netria Corporation
PO Box 4110
Woburn, MA 01888-4110


NeuStar, Inc.
P.O. Box 403034
Atlanta, GA 30384-3034

New Dimensions High School
4900 Old Pleasant Hill Road
Kissimmee, FL 34759


New England Fiber, Inc
2150 Washington St
Suite 100
Newton, MA 02462


New Jersey Department of Revenue
P.O. Box 245
Trenton, NJ 08695-0245


New York Department of Revenue
PO Box 22094
Albanay, NY 12201-2094


nGenx
4575 Pecan Dr
3rd Floor
Paducah, KY 42001


NH DRA Audit Division
PO Box 457
Concord, NH 03302-0457


NoaNet
PO BOX 13
Spokane, WA 99210


North Carolina Department of Rev
PO Box 25000
Raleigh, NC 27640-0520


North Carolina Utilities Commission
4325 Mail Service Center
Raleigh, NC 27699-4325


NowAccount Networks Corporation
2300 Peachtree Rd, NW
Suite C-102
Atlanta, GA 30309

Office of Ohio Consumers' Council
10 W. Broad Street - Suite 1800
Columbus, OH 43215-3485


Office of Tax and Revenue
PO Box 96019
Washington, DC 20090-6019


Ohio Department of Taxation
P.O. Box 182101
Columbus, OH 43218-2101


Ohio Treasurer of State
P.O. Box 182101
Columbus, OH 43218-2101


OpenDNS
135 Bluxome St.
San Francisco, CA 94107


Oracle Systems Corporation
P.O. Box 203448
Dallas, TX 75320-3448


Oregon Dept. of Revenue
PO Box 14780
Salem, OR 97309-0469


Oregon Public Utility Commission
P.O. Box 2153
Salem, OR 97308-2153


OWN WEB NOW CORP
8131 Vineland Avenue
Orlando, FL 32821


PA Department of Revenue
P.O. Box 280418
Harrisburg, PA 17128-0418


PA Department of Revenue
PO Box 280427
Harrisburg, PA 17128-0427

PA Department of Revenue
PO Box 280504
Harrisburg, PA 17128-0504


PA Dept of Revenue
PO Box 280407
Harrisburg, PA 17128-0407


PA Dept. of Revenue
PO Box 280407
Harrisburg, PA 17128-0427


PA USF
PO Box 360395
Pettsburg, PA 15251


PAETEC
P.O. Box 9001013
Louisviille, KY 40290-1013


Paychex
1000 East Warrenville Rd #200
Naperville, IL 60563


Peoples Gas
PO Box 19100
Green Bay, WI 54307-9100


Personnel Concepts
P.O. Box 5750
Carol Stream, IL 60197-5750


Prince George's County Government
14741 Governor Oden Bowie Dr.
Suite 1090
Upper Marlboro, MD 20772


ProTech Professional
975 Airbrake Ave.
Turtle Creek, PA 15145


Public Regulation Commission-NM
224 East Palace Ave
Santa Fe, NM 87501

Public Service Comm of Maryland
16th Floor 6 St. Paul Street
Baltimore, MD 21202-6806


Public Service Comm of Wisconsin
P.O. Box 7854
Madison, WI 53707-7854


Public Utilities Comm of Hawaii
465 S. King St
Room 103
Honolulu, HI 96813


Public Utilities Comm of Nevada
1150 E. William St.
Carson City, NV 89701-3109


Public Utilities Comm of Oregon
PO Box 2153
Salem, OR 97308-2153


Public Utilities Commission of Ohio
180 E Broad St
Columbus, OH 43215


Quest Software, Inc.
4 Polaris Way
Aliso Viejo, CA 92656-5356


QuoteWorks
7680 Universal Blvd. - Suite 360
Orlando, FL 32819


Rapid Advance Financial Services,
4500 E West Highway, 6th FL
Bethesda, MD 20814


Raymond Cowley
740 Cooper Court E
Aurora, IL 60504


ReadyRefresh by Nestle
PO Box 856680
Louisville, KY 40285-6680

Realty & Mortgage Co.
1509 W. Berwyn Ave - Suite 200
Chicago, IL 60640

Republic Services
PO Box 9001154
Louisville, KY 40793-3858

Rhode Island Department Of Revenue
One Capital Hill
Suite 9
Providence, RI 02908-5807

Rhode Island Dept. of Revenue
PO Box 9702
Providence, RI 02940-9702

Rhode Island Division of Taxation
One Capital Hill
Suite 9
Providence, RI 02908-5811

Rhonda Okleshen
10758 Voss Dr
Orland Park, IL 60467

RI Dep of State Div of Business
148 W. River Street
Providence, RI 02940-2615

RI Division of Taxation
One Capitol Hill
Providence, RI 02908

Robert Half Technology
12400 Collections Center Drive
Chicago, IL 60693

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674-0051

Salvador Gonzalez
1405 W Fuller
Chicago, IL 60608

Sangamon County ETSB
2000 Shale Ave
Springfield, IL 62703

Saulray LLC
8317 N Armenia Ave
Tampa, FL 33604

Saulray LLC % Christopher H. Norman
Hines Norman Hines PL
315 S Hyde Park Ave
Tampa, FL 33606

SC Office of Regulatory Staff
1401 Main St.
Suite 900
Columbia, SC 29201

SCREENCONNECT SOFTWARE
4110 George Road, Suite 200
Tampa, FL 33634

Sean Humphries
2844 N. Orchard, Apt 37
Chicago, IL 60657

Secretary of State
213 State Capitol
Springfield, IL 62756

Secretary of State
PO Box 94608
Lincoln, NE 68509-4608

Secretary of State - CA
PO Box 944228
Sacramento, CA 94244-2280

Secretary of State Business Svc
302 W. Washington St. - Rm E018
Indianapolis, IN 46204

Secretary of State Business Svc
P.O. Box 5616
Montgomery, AL 36103-5616

Secretary, Public Service Comm
160 E. 300 South
Suite 400
Salt Lake City, UT 84111


SecurEnvoy
Basing View
Basingstoke, Hampshire RG21 4EB
United Kingdom


SecurEnvoy Limited
Brunel Road Theale
Reading Bershire, RG7 4AB
United Kingdom


Shared Solutions and Services, Inc
PO Box 4869
Department #145
Houston, TX 77210


Sharon Leach
520 2nd Ave SE
Lutz, FL 33549


Sheri Mock
5150 Bethany Lane
Haverhill, FL 33415


ShoreTel
4921 Solution Center
Chicago, IL 6077-4009


SLACK
155 5th St
SAN FRANCISCO, CA 94103


Smart Sheet
10500 NE 8th St - Suite 1300
Bellevue, WA 98004-4357


Social Finance (SoFi)
375 Healdsburg Ave #280
Healdsburg, CA 95448

Solix Inc - IN USF
PO Box 223509
Pittsburg, PA 15251-2509


Solix Inc-AZUSF
30 Lanidex Plaza West
PO Box 685
Parsippany, NJ 07054


Solix, Inc. TUSF Administrator
100 S. Jefferson Rd
P.O. Box 902
Whippany, NJ 07981


South Carolina Dept. of Rev.
300A Outlet Pointe Blvd.
PO Box 125
Columbia, SC 29214


South Carolina Dept. of Revenue
301 Gervais Street
PO Box 125
Columbia, SC 29214


South Carolina Office of Regulatory
1401 Main St.
Ste 900
Columbia, SC 29201


South Dakota Department of Revenue
PO Box 5055
Sioux Falls, SD 57117-5055


South Dakota Networks
2900 West 10th Street
Sioux Falls, SD 57104


South Dakota Public Utilities Comm
500 E. Capitol Ave
Pierre, SD 57501


South Dakota Utilities Commission
500 E. Capitol Ave
Pierre, SD 57501

Sprint
PO Box 54977
Los Angeles, CA 90054-0977


St. Andrews Catholic High School
1710 W Addison St
Chicago, IL 60613


St. Ignatius College Prep
1076 W Roosevelt Road
Chicago, IL 60608


Staples Advantage
PO Box 83689
Chicago, IL 60696-3689


State Comptroller
111 E. 17th Street
Austin, TX 78774-0100


State of Alabama
P.O. Box 327790
Montgomery, AL 36132-7790


State of Arkansas
7th & Wolf St
P.O. Box 896
Little Rock, AR 72203


State of Colorado TRS Services
1560 Broadway
Ste 250
Denver, CO 80202


State of Maryland
301 W. Preston Street
Baltimore, MD 21201-2395


State of Maryland Personal Property
301 W. Preston Street - Rm 801
Baltimore, MD 21201-2395

State of Michigan
7150 Harris Drive
PO Box 30221
Lansing, MI 48909


State of New Hampshire
P.O. Box 457
Concord, NH 03302-0457


State of Rhode Island
89 Jefferson Blvd
Warwick, RI 02888


State of Rhode Island Dept. of Rev
PO Box 9702
Providence, RI 02940-9702


State of Rhode Island/ Accounting
89 Jefferson Blvd.
Warwick, RI 02888


State of Wisconsin
Drawer 978
Milwaukee, WI 53293-0978


Stratus Networks
4700 N. Prospect Rd - Suite 8
Peoria Heights, IL 61616


Sure Payroll
2350 Ravine Way - Suite 100
Glenview, IL 60025


Synnex Corporation
5845 Collections Center Dr
Chicago, IL 60693


Targeted Accessibility Fund of NY
14 Corporate Woods Blvd #215
Albany, NY 12211


Taxation and Revenue Dept
PO Box 25128
Santa Fe, NM 87504-5123

Tech Data
25121 Network Place
Chicago, IL 60673-1251


Teco Tampa Electric
PO Box 31318
Tampa, FL 33631-3318


Tel-Star Cablevision, Inc.
1295 Lourdes Rd.
Metamora, IL 61548-7710


Tennessee Department of Revenue
State Office Building
500 Deaderick Street
Nashville, TN 37242


Tennessee Regulatory Authority
502 Deaderick Street
4th Fl
Nashville, TN 37243


The Cogent Group, Inc. - CCI
c/o Tim Woodcock
2321 Marina Drive W, Apt. 105
Fort Lauderdale, FL 33312


The Hartford
PO Box 660916
Dallas, TX 75266-0916


ThreatTrack Security, Inc.
311 Park Place Blvd - Suite 300
Clearwater, FL 33759


Tim Woodcock
2321 Marina Bay Drive W
Apt. 105
Fort Lauderdale, FL 33312


Tina Smat
2036 W. Barry Ave
Chicago, IL 60618

Tracey Levy
5 Graymoor Ln
Olympia Fields, IL 60461


Trans-Video, Inc
56 Depot Sq. - Ste. 4
Northfield, VT 05663


Transamerica Occidental Life
P.O. Box 742528
Cincinnati, OH 45274-2528


Travelers
PO Box 660317
Dallas, TX 75266-0317


Treasurer, State of Vermont
112 State Street
Montpelier, VT 05620-2601


Tsungirirai Ludy
6407 El Rancho Rd
Louisville, KY 40291


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


Universal Service Administrative Co
PO Box 105056
Atlanta, GA 30348-5056


UPS
Lockbox 577
Carol Stream, IL 60132-0577


US Bank
P.O. Box 1800
Saint Paul, MN 55101-0800


US Bank
PO Box 790408
St. Louis, MO 65179-0406

USBank
4801 Fredericka St
Owensboro, KY 42301


Utah Division of Public Utilities
PO Box 146751
Salt Lake City, UT 84114-6751


Utah State Tax Commission
210 N. 1950 W.
Salt Lake City, UT 84134-0130


VA Dept of Taxation
PO Box 26627
Richmond, VA 23261-6627


Verizon
P.O. Box 4832
Trenton, NJ 08650-4832


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Verizon
P.O. Box 371873
Pittsburgh, PA 15250-7873


Verizon
PO Box 660072
Dallas, TX 7526-0072


Vermont Department of Taxes
133 State Street
Montpelier, VT 05633-1401


Vermont Treasurer of State
133 State Street
Montepelier, VT 05633-1401


Vermont USF
PO Box 780018
Philadelphia, PA 19178-0018

Vickram Budhram
3405 Glossy Leaf Lane
Clermont, FL 34711


Virginia Department of Taxation
PO Box 1500
Richmond, VA 23218-1500


Vision Service Plan of Illinois, NFP
3333 Quality Drive
Rancho Cordova, CA 95670


Vision Solutions
15300 Barranca Parkway
Irvine, CA 92618


VMware
3401 Hillview Ave
Palo Alto, CA 94304


WA UTC
1300 S. Evergreen Park Drive SW
Olympia, WA 98504


Washington State Department of Rev
PO Box 34051
Seattle, WA 98124-1051


William Classen
9516 Northwest 80th Court
Tamarac, FL 33321


William Gerth
104 Oakwood Dr
Maitland, FL 32751


William Okleshen
10758 Voss Dr
Orland Park, IL 60467


Windstream
P.O. Box 9001111
Louisville, KY 40290-1111

Winncom Technologies
PO BOX 536658
Pittsburg, PA 00053-6658

Wisconsin Department of Revenue
PO Box 8908
Madison, WI 53708-8908

Work Market
7 High Street
Huntington, NY 11743

WWW.LOGMEIN.COM
320 Summer Street
Boston, MA 02210

XEROX
25720 Network Place
Chicago, IL 60673-1257

XO Communications
14239 Collections Center Drive
Chicago, IL 60693

Zenefits
North Tower, 303 2nd St #401
San Francisco, CA 94107